**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUN 18 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JUAN LOPEZ-CENABRIA (1),<br><br>                    Defendant. | CASE NO. 14CR2359-BAS<br><br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

_XX_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

_XX_    of the offense(s) as charged in the Indictment/Information:

      8 USC 1326 - REMOVED ALIEN FOUND IN THE UNITED STATES

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 15, 2015

                                          Cynthia Bashant
                                          U.S. District Judge